882; *People ex rel. Mabery v Leonardo,* 177 AD2d 766, *lv denied* 79 NY2d 753).

"Although this Court has the power to convert a petition for a writ of habeas corpus into a CPLR article 78 petition [citation omitted], relator has not requested that relief and on this record we do not consider it appropriate" (*People ex rel. Travis v Coombe, supra,* at 882). (Appeal from Judgment of Supreme Court, Wayne County, Strobridge, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KERRY JOHNSON, Appellant, v TIMOTHY MURRAY, as Superintendent of Butler Shock Incarceration Correctional Facility, Respondent. [649 NYS2d 881] —Judgment unanimously affirmed without costs. Same Memorandum as in *People ex rel. Johnson v Kracke* (233 AD2d 943 [decided herewith]). (Appeal from Judgment of Supreme Court, Wayne County, Strobridge, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT POLLOCK, Appellant. [649 NYS2d 881] —Judgment unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Doyle, J.—Criminal Sale Controlled Substance, 2nd Degree.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE OTIS BOSTIC, Appellant. (Appeal No. 1.) [649 NYS2d 881] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, McCarthy, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEE OTIS BOSTIC, Appellant. (Appeal No. 2.) [649 NYS2d 882] —Judgment unanimously affirmed (*see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Erie County Court, McCarthy, J.—Assault, 2nd Degree.) Present—Pine, J. P., Fallon, Callahan, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT T. JONES, Appellant. [649 NYS2d 578] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him upon a guilty plea of burglary in